United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
Nos. 96-3688/3734

| | | |
|---|---|---|
| Lawrence Ginter; Alice E. Ginter, | * | |
| | * | |
| Appellants/Cross-Appellees, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Terry E. Branstad, as Governor of IA; | * | Appeals from the United States |
| Darrel Rensink, Director, IA DOT; | * | District Court for the |
| Robert L. North, "Right of Way" | * | Southern District of Iowa |
| Director, IA DOT; Steven B. | * | |
| Westvold, Beautification Admin., IA | * | [UNPUBLISHED] |
| DOT, | * | |
| | * | |
| Appellees/Cross-Appellants. | * | |

_____

Submitted: June 25, 1997

Filed: July 10, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Lawrence and Alice Ginter appeal from the final order of the United States District Court[1] for the Southern District of Iowa, granting summary judgment to

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

defendants on the ground that this First Amendment action is moot, and granting them less attorneys fees than they requested. Defendants cross-appeal the award of attorneys fees. We have carefully reviewed the entire record, and we affirm on the basis of the district court's opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.